1  D. Greg Durbin                                           (SPACE BELOW FOR FILING STAMP ONLY)
   William H. Littlewood, # 202877
2  McCormick, Barstow, Sheppard
   Wayte & Carruth LLP
3  P.O. Box 28912
   5 River Park Place East
4  Fresno, CA  93720-1501
   Telephone:    (559) 433-1300
5  Facsimile:    (559) 433-2300

6  Attorneys for Defendants
   James R. Hodgson, Jr., James A. Frias, Ram Mechanical,
7  Inc., and Hodgson-Frias Enterprises, Inc.

8

   William M. Alexander, Jr.
9  N.C. State Bar No. 008152
   Law Offices of William M. Alexander, Jr., PLLC
10 559 North Justice Street
   Hendersonville, NC  28739
11 Telephone:    (828) 697-6022
   Facsimile:    (828) 697-1699
12
   Attorneys for Plaintiff
13 Ram Mountain Contracting, Inc.

14                    UNITED STATES DISTRICT COURT

15                           EASTERN DISTRICT

16

17 | RAM MOUNTAIN CONTRACTING, | Case No.  2:05-CV-01346-LKK-PAN
   | INC.,                     |
18 |                           | **ORDER RE STIPULATION TO**
   |        Plaintiff,         | **TRANSFER MATTER TO THE FRESNO**
19 |                           | **DIVISION**
   |   v.                      |
20 |                           |
   | JAMES R. HODGSON, JR., ET AL., |
21 |                           |
   |        Defendant.         |
22

23         Having reviewed the foregoing STIPULATION, and good cause appearing therefore, it is

24 HEREBY ORDERED that the above-captioned action is TRANSFERRED to the Fresno Division

25 of the Eastern District of California.

26 Dated: September 9, 2005                      /s/Lawrence K. Karlton
                                                 Lawrence K. Karlton
27                                               Senior Judge

28

---

[PROPOSED] ORDER RE STIPULATION TO TRANSFER MATTER TO THE FRESNO DIVISION
2:05-CV-01346-LKK-PAN